IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02531-PAB-MDB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

MIDWEST FARMS, LLC, and MIDWEST CAPITAL SERVICES, LLC,

    Defendants.

---

JOINT MOTION FOR REVISED DISCOVERY AND SUMMARY JUDGMENT DEADLINES

---

Defendants, by and through their counsel, Hall & Evans, L.L.C., and the Equal Employment Opportunity Commission, by and through its counsel, submit this Joint Motion for Revised Discovery and Summary Judgment Deadlines, as ordered in ECF 67.

The Court previously entered a Scheduling Order in this case following the Scheduling Conference, *see* [ECF 29 & 30], and previously modified the deadlines in the Scheduling Order. *See* [ECF 57].

At the July 10, 2024, Discovery Conference in this case, the Court ordered the parties to file a joint motion with revised discovery deadlines, after conferral. The parties have conferred on these deadlines and have agreed on a schedule. The parties jointly move the Court to enter the following as the revised discovery and summary judgment schedule:[1]

---

[1] Several of these dates are pending approval from deponents and may need to be rescheduled if the deponent is not available.

1

- Deadline for Defendants to produce responsive emails from agreed upon search terms, the privilege log ordered in ECF 67, electronic records from Defendants' work cell phones and computers, and responsive staff notes: **September 6, 2024.**

- Date for the EEOC to conduct an entry on land and inspect relevant portions of Midwest Farms' property: **August 14, 2024.**

- Date for EEOC to review paper personnel files in cabinets at Midwest Farms offices, per ECF 67: **August 1-2, 2024.**

- Dates for depositions of the aggrieved individuals:
  - Andria Denny: **August 26, 2024.**
  - Shannon Koepke: **August 30, 2024.**
  - Amanda Rogers: **August 29, 2024.**

- Dates for depositions of Defendants and Defendants' staff:
  - Harley Briegel: **August 20, 2024 (half-day).**
  - Darren Roths: **August 20, 2024 (half-day).**
  - Pedro Esquivel-Flores: **August 21, 2024.**
  - Oscar Cardona: **August 22, 2024.**
  - David Amundson: **October 22, 2024.**
  - Doran Soncksen: **October 23, 2024.**
  - Diane Wilhelm: **October 29, 2024.**
  - Donna Hilt: **October 30, 2024.**
  - Midwest Farms, LLC 30(b)(6): **November 6, 2024.**
  - Midwest Capital Services, LLC 30(b)(6): **November 13, 2024.**

- Deadline to serve written discovery requests: **October 8, 2024.**

- Discovery cutoff: **November 22, 2024.**

- Summary judgment deadline: **January 24, 2025.**

The Parties respectfully request that the Court modify the Scheduling Order, as previously modified by ECF 57, to reflect the dates above.

Dated and respectfully submitted this 19th day of July, 2024.

*s/ John F. Peters*_____
Kendra K. Smith
Katherine N. Hoffman
John F. Peters
HALL & EVANS, L.L.C.
1001 Seventeenth Street, Suite 300
Denver, CO 80202
T: (303) 628-3300
F: (303)-628-3368
smithk@hallevans.com
hoffmank@hallevans.com
petersj@hallevans.com
**ATTORNEYS FOR DEFENDANTS**
**MIDWEST FARMS, LLC and**
**MIDWEST CAPITAL SERVICES, LLC**

*s/ Lauren Duke*_____
Lauren Duke
Carey DeGenaro
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Denver Field Office
950 17th Street, Suite 300
Denver, CO 80202
(720) 779-3621
(720) 779-3649
lauren.duke@eeoc.gov
carey.degenaro@eeoc.gov
**Attorneys for Plaintiff EEOC**

3

## CERTIFICATE OF SERVICE [CM/ECF]

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all attorneys of record and other persons who have appeared or otherwise requested such electronic service in this action.

                        *s/ Carey DeGenaro*
                        Lauren Duke
                        Carey DeGenaro
                        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                        Denver Field Office
                        950 17th Street, Suite 300
                        Denver, CO 80202
                        lauren.duke@eeoc.gov
                        carey.degenaro@eeoc.gov