IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02531-PAB-MDB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

MIDWEST FARMS, LLC, and MIDWEST CAPITAL SERVICES, LLC,

    Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Katherine N. Hoffman, Esq. of Hall & Evans, L.L.C., pursuant to D.C.COLO.LAttyR5(b), moves the Court to permit her to withdraw as counsel for Defendants Midwest Farms, LLC, and Midwest Capital Services, LLC (together, "Defendants") in this matter.

## STATEMENT OF CONFERRAL

Pursuant to D.C.Colo.LAttyR. 5(b), this Motion is excepted from the duty to confer.

1. Katherine N. Hoffman, Esq., of Hall & Evans, LLC, hereby moves to withdraw her representation of the above-named Defendants in the matter herein.

2. Kendra K. Smith, Esq. and John F. Peters, Esq. of Hall & Evans, L.L.C., shall remain as counsel of record for Defendants.

3. Katherine Hoffman's last day working as an Attorney at Hall & Evans, LLC is August 2, 2024.

4. Because of the continuous representation of the above-named Defendants by Kendra K. Smith, Esq. and John F. Peters, Esq., no notification to the above-named Defendants

of their responsibility for complying with all court orders and time limitations, or the need to obtain legal counsel, is required by D.C.Colo.LAttyR 5(b).

5. No party will be prejudiced by this requested withdrawal of counsel.

WHEREFORE, Katherine N. Hoffman, Esq., requests that this Court grant her leave to withdraw as counsel of record for Defendants in this matter.

Respectfully submitted this 31st day of July 2024.

> *s/Katherine Hoffman*
> Kendra K. Smith
> Katherine N. Hoffman
> John F. Peters
> HALL & EVANS, L.L.C.
> 1001 Seventeenth Street, Suite 300
> Denver, CO 80202
> T: (303) 628-3300
> F: (303)-628-3368
> smithk@hallevans.com
> hoffmank@hallevans.com
> petersj@hallevans.com
> **ATTORNEYS FOR DEFENDANTS**
> **MIDWEST FARMS, LLC and**
> **MIDWEST CAPITAL SERVICES, LLC**

## <u>CERTIFICATE OF SERVICE [CM/ECF]</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF this 31st day of July, 2024, to the following addresses:

Lauren Duke
Carey DeGenaro
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Denver Field Office
950 17th Street, Suite 300
Denver, CO 80202
(720) 779-3621
(720) 779-3649
lauren.duke@eeoc.gov
carey.degenaro@eeoc.gov
**Attorneys for Plaintiff EEOC**

*s/ Erica Cameron*
Erica Cameron, Legal Assistant